UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

SHAMEIKA T. ALEXANDER,

                   Plaintiff,              **MEMORANDUM & ORDER**
                                                 19-CV-5269(EK)(RML)
           -against-

COMISSIONER OF SOCIAL SECURITY,

                   Defendant.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

       The Court has received Magistrate Judge Levy's Report and Recommendation (R&R) dated July 7, 2026.  ECF No. 31.  Judge Levy recommends that the Court grant plaintiff's counsel's requested contingency fee award.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Levy's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

       Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.  Thus, plaintiff's counsel is awarded $8,934 in attorney's fees pursuant to 42 U.S.C. § 406(b), to be paid by the Commissioner out of the proceeds awarded to plaintiff as past-due benefits.  Within five business days of receipt of the section 406(b) fees, plaintiff's

counsel is ordered to refund to plaintiff the $2,744 in attorney's fees previously awarded pursuant to the Equal Access to Justice Act, and file a declaration stating such on the docket.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    July 27, 2026
          Brooklyn, New York